# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

In re: WHALEY, RYAN H § Case No. 1:18-05407-HWV
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LAWRENCE V. YOUNG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $85,044.14            Assets Exempt: $134,164.38
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $1,285.93     Claims Discharged
>                                                Without Payment: $106,419.15
>
> Total Expenses of Administration: $477.71

3) Total gross receipts of $ 3,206.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,442.36 (see **Exhibit 2**), yielded net receipts of $1,763.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 477.71 | 477.71 | 477.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 107,680.57 | 1,261.42 | 1,261.42 | 1,285.93 |
| **TOTAL DISBURSEMENTS** | $107,680.57 | $1,739.13 | $1,739.13 | $1,763.64 |

4) This case was originally filed under Chapter 7 on December 28, 2018. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2019     By: /s/LAWRENCE V. YOUNG, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund: Federal | 1124-000 | 3,206.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,206.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WHALEY, RYAN H | Dividend paid 100.00% on $1,442.36; Claim# SURPLUS; Filed: $1,442.36; Reference: 8200-002 | | 1,442.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,442.36** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - LAWRENCE V. YOUNG, TRUSTEE | 2100-000 | N/A | 440.91 | 440.91 | 440.91 |
| Trustee Expenses - LAWRENCE V. YOUNG, TRUSTEE | 2200-000 | N/A | 36.80 | 36.80 | 36.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $477.71 | $477.71 | $477.71 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wellspan Health | 7100-000 | 470.24 | 470.24 | 470.24 | 470.24 |
| 1I | Wellspan Health | 7990-000 | N/A | N/A | 0.00 | 9.14 |
| 2 | LVNV Funding, LLC | 7100-000 | 459.76 | 459.76 | 459.76 | 459.76 |
| 2I | LVNV Funding, LLC | 7990-000 | N/A | N/A | 0.00 | 8.93 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 331.42 | 331.42 | 331.42 | 331.42 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | N/A | 0.00 | 6.44 |
| NOTFILED | OSS Health | 7100-000 | 1,823.91 | N/A | N/A | 0.00 |
| NOTFILED | Anesthesia Associates of Lancaster | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Acceptance Company | 7100-000 | 1,041.70 | N/A | N/A | 0.00 |
| NOTFILED | Rosenberg & Associates LLC | 7100-000 | 101,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth of Pennsylvania | 7100-000 | 1,412.00 | N/A | N/A | 0.00 |
| NOTFILED | OSS Orthopaedic Hospital | 7100-000 | 1,055.54 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $107,680.57 | $1,261.42 | $1,261.42 | $1,285.93 |

**UST Form 101-7-TDR (10/1/2010)**

Case 1:18-bk-05407-HWV    Doc 29    Filed 01/14/20    Entered 01/14/20 09:49:01    Desc
Main Document    Page 4 of 9

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:18-05407-HWV  **Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE
**Case Name:** WHALEY, RYAN H  **Filed (f) or Converted (c):** 12/28/18 (f)
 **§341(a) Meeting Date:** 02/13/19
**Period Ending:** 12/20/19  **Claims Bar Date:** 06/06/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2009 Pontiac Vibe LX, 170000 miles. Entire prope    Imported from original petition Doc# 1 | 1,625.00 | 0.00 | | 0.00 | FA |
| 2  2013 Honda CRV, 81000 miles. Entire property val    The cost of liquidation would consume any    non-exempt equity. | 10,010.00 | 872.76 | | 0.00 | FA |
| 3  household goods and furnishings    Imported from original petition Doc# 1 | 245.00 | 0.00 | | 0.00 | FA |
| 4  clothing and costume jewelry    Imported from original petition Doc# 1 | 80.00 | 0.00 | | 0.00 | FA |
| 5  checking: M&T Bank    Imported from original petition Doc# 1 | 43.75 | 0.00 | | 0.00 | FA |
| 6  savings: M&T Bank    Imported from original petition Doc# 1 | 452.01 | 0.00 | | 0.00 | FA |
| 7  401(k): Vanguard    Imported from original petition Doc# 1 | 22,000.38 | 0.00 | | 0.00 | FA |
| 8  401(k): T.Rowe Price - Densply 401 (k)    Imported from original petition Doc# 1 | 575.26 | 0.00 | | 0.00 | FA |
| 9  401(k): GPC Retirement Plan    Imported from original petition Doc# 1 | 49,337.74 | 0.00 | | 0.00 | FA |
| 10  rent: Southern Management Rentals, LLC    Imported from original petition Doc# 1 | 675.00 | 0.00 | | 0.00 | FA |
| 11  Income Tax Refund: Federal    Debtor turned over non-exempt portion of tax refund. | 3,993.00 | 4,007.00 | | 3,206.00 | FA |
| 12  Aetna term life insurance policy and accidental    Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12  Assets  **Totals** (Excluding unknown values) | **$89,037.14** | **$4,879.76** | | **$3,206.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claims deadline was 6/6/19. Trustee sent Notice of Surplus Funds on 6/12/19. Funds disbursed on 9/23/19. Prepare TDR after receipt of $0 bank statement, which was not received prior to 9/30/2019.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:18-05407-HWV  **Trustee:** (580410)  LAWRENCE V. YOUNG, TRUSTEE
**Case Name:** WHALEY, RYAN H  **Filed (f) or Converted (c):** 12/28/18 (f)
 **§341(a) Meeting Date:** 02/13/19
**Period Ending:** 12/20/19  **Claims Bar Date:** 06/06/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** July 31, 2019  **Current Projected Date Of Final Report (TFR):** July 24, 2019 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1:18-05407-HWV | | Trustee: | LAWRENCE V. YOUNG, TRUSTEE (580410) |
|---|---|---|---|---|
| Case Name: | WHALEY, RYAN H | | Bank Name: | Mechanics Bank |
| | | | Account: | ******9766 - Checking Account |
| Taxpayer ID #: | **-***6501 | | Blanket Bond: | $8,132,694.00  (per case limit) |
| Period Ending: | 12/20/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/19 | {11} | Ryan H. Whaley | Turnover of non-exempt portion of tax refund | 1124-000 | 3,206.00 | | 3,206.00 |
| 08/28/19 | | Transition Transfer Debit | | 9999-000 | | 3,206.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,206.00 | 3,206.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,206.00 | |
| | | | Subtotal | | 3,206.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,206.00 | $0.00 | |

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1:18-05407-HWV  
**Case Name:** WHALEY, RYAN H

**Taxpayer ID #:** **-***6501  
**Period Ending:** 12/20/19

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)  
**Bank Name:** United Bank  
**Account:** ********9601 - Checking Account  
**Blanket Bond:** $8,132,694.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/19 | | Transfer from 0061 to 9601 | Transfer from 0061 to 9601 | 9999-000 | 3,206.00 | | 3,206.00 |
| 09/23/19 | 10101 | WHALEY, RYAN H | Dividend paid 100.00% on $1,442.36; Claim# SURPLUS; Filed: $1,442.36; Reference: | 8200-002 | | 1,442.36 | 1,763.64 |
| 09/23/19 | 10102 | LAWRENCE V. YOUNG, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 477.71 | 1,285.93 |
| | | | Dividend paid 100.00% on $440.91; Claim# ; Filed: $440.91    440.91 | 2100-000 | | | 1,285.93 |
| | | | Dividend paid 100.00% on $36.80; Claim# ; Filed: $36.80    36.80 | 2200-000 | | | 1,285.93 |
| 09/23/19 | 10103 | LVNV Funding, LLC | Combined Check for Claims#2,2I | | | 468.69 | 817.24 |
| | | | Dividend paid 100.00% on $459.76; Claim# 2; Filed: $459.76    459.76 | 7100-000 | | | 817.24 |
| | | | Dividend paid 100.00% on $0.00; Claim# 2I; Filed: $0.00    8.93 | 7990-000 | | | 817.24 |
| 09/23/19 | 10104 | Portfolio Recovery Associates, LLC | Combined Check for Claims#3,3I | | | 337.86 | 479.38 |
| | | | Dividend paid 100.00% on $331.42; Claim# 3; Filed: $331.42    331.42 | 7100-000 | | | 479.38 |
| | | | Dividend paid 100.00% on $0.00; Claim# 3I; Filed: $0.00    6.44 | 7990-000 | | | 479.38 |
| 09/23/19 | 10105 | Wellspan Health | Combined Check for Claims#1,1I | | | 479.38 | 0.00 |
| | | | Dividend paid 100.00% on $470.24; Claim# 1; Filed: $470.24    470.24 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $0.00; Claim# 1I; Filed: $0.00    9.14 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 3,206.00 | 3,206.00 | $0.00 |
| Less: Bank Transfers | 3,206.00 | 0.00 | |
| **Subtotal** | 0.00 | 3,206.00 | |
| Less: Payments to Debtors | | 1,442.36 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,763.64** | |

{} Asset reference(s)     Printed: 12/20/2019 09:53 AM    V.14.60

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 1:18-05407-HWV | **Trustee:** | LAWRENCE V. YOUNG, TRUSTEE (580410) |
| **Case Name:** WHALEY, RYAN H | **Bank Name:** | United Bank |
| | **Account:** | ********9601 - Checking Account |
| **Taxpayer ID #:** **-***6501 | **Blanket Bond:** | $8,132,694.00 (per case limit) |
| **Period Ending:** 12/20/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9766** | 3,206.00 | 0.00 | 0.00 |
| **Checking # ********9601** | 0.00 | 1,763.64 | 0.00 |
| | $3,206.00 | $1,763.64 | $0.00 |